**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:19-cv-22711-KMM**

ENRIQUE MADRINAN,

  Plaintiff,

vs.

DOWN TOWN DORAL RETAIL HOLDINGS, LLC, a Florida Limitad Liability Company, and PISCO Y NAZCA DORAL, LLC, d/b/a PISCO Y NAZCA CEVICHE GASTROBAR, a Florida For profit Limited Liability Company,

           Defendants.

## NOTICE OF SETTLEMENT

     Plaintiff, ENRIQUE MADRINAN, and the Defendants DOWN TOWN DORAL RETAIL HOLDINGS, LLC, a Florida Limitad Liability Company, and PISCO Y NAZCA DORAL, LLC, d/b/a PISCO Y NAZCA CEVICHE GASTROBAR, a Florida For profit Limited Liability Company (collectively referred to as the 'Parties"), hereby notify the Court that a settlement has been reached, by and between the Parties. The Parties are in the process of preparing and executing settlement documents, and they anticipate filing a Joint Stipulation of Dismissal to properly dispose of this action.

     In view of the Parties settlement, 30 days is requested to fill all necessary motions or stipulations with the Court, and jurisdiction retained over the Parties settlement agreement for enforcement purposes.

Dated: October 24, 2019                  Respectfully submitted,

1

By: /S/ Camilo F. Ortega
Camilo F. Ortega, Esq.,
Florida Bar No.: 0075387
ORTEGA LAW GROUP, P.A.,
**REGENCY SQUARE**
2440 SE FEDERAL HIGHWAY
SUITE M
STUART, FLORIDA 34994
Ph: (786) 452-9709
Fax: (772) 617-6201
E-Mail: camilo@ortegalawgroup.com
Service by E-Mail:
attorneyservice@ortegalawgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 24, 2019, a true and correct copy of the foregoing was served *via* the Court's electronic filing system CM/ECF. I also certify the foregoing document is being served on the date specified on all counsel of record or *pro se* parties as identified on the attached Service List, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who may not receive Notice of Electronic Filing *via* CM/ECF.

By: /S/ Camilo F. Ortega
Camilo F. Ortega, Esq.,

*[Service List on Page 3]*

**SERVICE LIST**

2

**Case Number: 1:19-cv-22711-KMM**

<u>**Served** *via CM/ECF*</u>
Camilo F. Ortega, Esq.,
ORTEGA LAW GROUP, P.A.,
REGENCY SQUARE
2440 SE FEDERAL HIGHWAY
SUITE M
STUART, FLORIDA 34994
Ph: (786) 452-9709
Fax: (713) 246-7914
E-Mail: camilo@ortegalawgroup.com
Service by E-Mail:
attorneyservice@ortegalawgroup.com
Counsel for the Plaintiff

<u>**Served** *via CM/ECF*</u>
Justin Canner Sorel, Esq.,
Cole Scott & Kissane
1645 Palm Beach Lakes Boulevard
2nd Floor
West Palm Beach, FL 33401
P: (561) 383-9200
Fax: (561) 683-8977
E-mail: justin.sorel@csklegal.com

Arthur Edmond Alves, II Esq.,
Cole, Scott, Kissane, P.A.
222 Lakeview Avenue
Suite 120
West Palm Beach, Florida 33401
Ph: (561) 612-3401
Fax: (561) 683-8977
E-mail: arthur.alves@csklegal.com
Counsels for the Defendants