IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:19-cv-22711-KMM

ENRIQUE MADRINAN,

  Plaintiff,

vs.

DOWN TOWN DORAL RETAIL HOLDINGS, LLC, a Florida Limitad Liability Company, and PISCO Y NAZCA DORAL, LLC, d/b/a PISCO Y NAZCA CEVICHE GASTROBAR, a Florida For profit Limited Liability Company,

        Defendants.

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, ENRIQUE MADRINAN and Defendants, DOWN TOWN DORAL RETAIL HOLDINGS, LLC, and PISCO Y NAZCA DORAL, LLC, d/b/a PISCO Y NAZCA CEVICHE GASTROBAR, pursuant to Rule 41, Fed. R. Civ. Proc., by and through their undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

The Parties entered into a confidential Settlement Agreement on October 28, 2019, and request that the Court retain jurisdiction to enforce the terms of the Parties' confidential settlement agreement. *See Anago Franchising, Inc., v. Shaz, LLC,* 677 F.3d 1272, 1280 (11th Cir. 2012).

                                                  Respectfully submitted

Dated: October 28, 2019                      Dated: October 28, 2019

By:/S/ *Camilo F. Ortega*
Camilo F. Ortega, Esq.,
Florida Bar No.: 0075387
ORTEGA LAW GROUP, P.A.,
2440 SE FEDERAL HIGHWAY
SUITE M
STUART, FLORIDA 34994
Ph: (786) 452-9709
Fax: (713) 246-7914
E-Mail: camilo@ortegalawgroup.com
Service by E-Mail:
attorneyservice@ortegalawgroup.com
Counsel for the Plaintiff

By:  /S/ Justin C. Sorel
Justin Canner Sorel, Esq.,
Cole Scott & Kissane
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
P: (561) 383-9200
Fax: (561) 683-8977
E-mail: justin.sorel@csklegal.com
Counsel for the Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **October 28, 2019**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Camilo F. Ortega, Esq
Camilo F. Ortega

## SERVICE LIST
Case Number: 1:19-cv-22711-KMM

**Service by CM/ECF**
Camilo F. Ortega, Esq.,
Florida Bar No.: 0075387
ORTEGA LAW GROUP, P.A.,
2440 SE FEDERAL HIGHWAY
SUITE M
STUART, FLORIDA 34994
Ph: (786) 452-9709
Fax: (713) 246-7914
E-Mail: camilo@ortegalawgroup.com
Service by E-Mail:
attorneyservice@ortegalawgroup.com
Counsel for the Plaintiff

**Service by CM/ECF**
Justin Canner Sorel, Esq.,
Cole Scott & Kissane
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
P: (561) 383-9200
Fax: (561) 683-8977
E-mail: justin.sorel@csklegal.com
 Counsel for the Defendants